# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## WCA 22-595 consolidated with WCA 22-594, WCA 22-596

**JOSEFA LEAL**

**VERSUS**

**BEAUCOUP CRAWFISH OF EUNICE**

**LA RESTAURANT ASSOCIATION SIF**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - # 4
PARISH OF LAFAYETTE, NO. 21-03989 C/W 21-03987 & 21-03992
ANTHONY PAUL PALERMO, WORKERS COMPENSATION JUDGE

\*\*\*\*\*\*\*\*\*\*

**GUY E. BRADBERRY**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Candyce G. Perret, Charles G. Fitzgerald, and Guy E. Bradberry, Judges.

**AFFIRMED.**

**Kevin Andrew Marks**
**Kent W. Patterson**
**Melchiode, Marks, King, LLC**
**639 Loyola Ave., Suite 2550**
**New Orleans, LA 70113**
**(504) 336-2880**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Beaucoup Crawfish of Eunice d/b/a Riceland and**
    **LA Restaurant Association Self-Insurer's Fund**

**Randall E. Estes**
**Daniel B. Davis**
**Estes Davis Law, LLC**
**4465 Bluebonnet Boulevard, Suite A**
**Baton Rouge, LA 70809**
**(225) 336-3394**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
    **Trinidad Preciado**
    **Nora Dominguez**
    **Josefa Leal**

**BRADBERRY, Judge.**

For the reasons set forth in the companion and consolidated case hereto, *Preciado v. Beaucoup*, 22-594 (La.App. 3 Cir. __/__/23), ___ So.3d ___, the May 19, 2022 Judgment of the workers' compensation judge in favor of Appellees, Beaucoup Crawfish of Eunice, is affirmed.

**AFFIRMED.**